# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1250916 ONTARIO LTD., BELAIRE GROUP, LLC, and 2807 JADE 1, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>EVAN KAGAN, an individual, and SAFAA IDYOUSS KAGAN, an individual,<br><br>Defendants. | Case No.: 2:20-cv-02630-RGK-JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS 1250916 ONTARIO LTD.'S, BELAIRE GROUP, LLC'S, AND 2807 JADE 1, LLC'S** *EX PARTE* **APPLICATION FOR LEAVE TO SEAL PORTIONS OF DE 1-5 (PREVIOUSLY FILED)**<br><br>L.R. 79-5<br><br>**Action File:** March 19, 2020<br>**Trial Date:** Not yet scheduled |

1

[PROPOSED] ORDER

# ORDER

1. Plaintiffs 1250916 ONTARIO LTD., BELAIRE GROUP, LLC, and 2807 JADE 1, LLC ("Plaintiffs") submitted their *Ex Parte* Application For Leave To Seal Portions Of DE 1-5 (Previously Filed), seeking to seal portions of DE 1-5, specifically pages 11-32, previously filed with Plaintiffs' Complaint on March 19, 2020. Finding good cause, the Court grants the Application To Seal.

2. The material this Application seeks to file under seal is as follows:

| Matter Proposed to be Filed Under Seal | Where Cited |
|---|---|
| Documents containing confidential medical information of third parties that are unrelated to the current proceedings. | DE 1-5, pages 11 to 32. |

IT IS SO ORDERED that Plaintiffs' Application To Seal is granted and the documents are hereby sealed immediately.

[In the alternative, Plaintiffs' Application to Seal is Denied.]

Dated: April _____, 2020

_____
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER