UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-02630-RGK-JEM | Date | June 16, 2020 |
|---|---|---|---|
| Title | *1250916 ONTARIO LTD. v. KAGAN* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** **(IN CHAMBERS)** Order to Show Cause Why Plaintiffs Have Not Filed for Default Judgment

On March 19, 2020, 1250916 Ontario Ltd., Belaire Group, LLC, and 2807 Jade 1, LLC (collectively, "Plaintiffs") filed a Complaint against Evan Kagan ("Kagan") and Safaa Idyouss Kagan ("Safaa") (collectively, "Defendants"). Plaintiffs assert four claims against Defendants: (1) conversion; (2) civil theft; (3) breach of contract; and (4) breach of fiduciary duty.

Kagan was served with the Complaint on April 14, 2020. His answer was due May 5, 2020. He has failed to appear in this action in any capacity. Yet, rather than filing for default judgment, Plaintiffs now move for partial summary judgment.

Accordingly, the Court orders Plaintiffs to show cause in writing by **June 19, 2020** why Plaintiffs have not filed for default judgment. Plaintiffs' filing must be no more than 5 pages in length.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____