# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:20-cv-02630-RGK-JEMx                     Date 12/23/2020

Title: 1250916 Ontario Ltd. et al v. Evan Kagan

Present: The Honorable R. GARY KLAUSNER, U.S. District Judge

| Joseph Remigio | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 11/19/2020.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    jre

CV-74 (10/08)                     **CIVIL MINUTES -REOPENING/CLOSING**